## Commonwealth *v.* Mathias, Appellant.

Argued March 9, 1926. Appeal No. 29, October T., 1926, by defendant, from judgment of Q. S. Northampton County, February T., 1925, No. 119, in the case of

Commonwealth of Pennsylvania v. Stewart Mathias.
Before PORTER, P. J., HENDERSON, TREXLER, KELLER,
LINN, GAWTHROP and CUNNINGHAM, JJ.    Affirmed.

OPINION BY CUNNINGHAM, J., July 8, 1926:

The appellant in this appeal, Stewart Mathias, was
convicted of having conspired with William Strauss
and Samuel Strauss to defraud certain insurance com-
panies and this appeal was argued with the appeal of
the said William Strauss at No. 27, October Term,
1926, of this court.

The assignments of error are identical with those
filed in support of the appeal of the said William
Strauss.  In an opinion this day handed down we have
stated at length our reasons for overruling all the as-
signments of error and affirming the sentence pro-
nounced against the several defendants.  For the rea-
sons stated in that opinion the assignments in this ap-
peal are dismissed and the judgment affirmed, and it is
ordered that the appellant herein appear in the court
below at such time as he may be there called and that
he be by that court committed until he has complied
with the sentence or any part of it which had not been
performed at the time this appeal was made a super-
sedeas.